

FILED
AUG 17 2018
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

| | |
|---|---|
| Sarah Beth Cain, | |
| Plaintiff, | NO. 2:17-cv-00055 |
| | CHIEF JUDGE CRENSHAW |
| v. | MAGISTRATE JUDGE FRENSLEY |
| Tennessee Technological University | |
| The Director Of | |
| The Office of the Dean of Students (in his or her official capacity) | |
| The President of | |
| The Office of Student Affairs (in his or her official capacity) | |
| Defendants. | |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS AND MOTION FOR DE NOVO DETERMINATION

Plaintiff respectfully submits this motion for extension of time to file objections to Magistrate Judge's Report and Recommendation and a motion for a *de novo* determination. Magistrate Judge Frensley filed a Report and Recommendations ("Report") regarding Defendants' Motion to Dismiss on August 8, 2018. Docket No. 24. Plaintiff is proceeding *pro se* in all matters related to this action and therefore requires additional time to adequately research legal theories and case law referenced in the Report. Magistrate Frensley's Report includes citations to more than twenty court cases and Plaintiff requests additional time to review these cases in order to prepare a concise document that addresses all key distinctions in

the circumstances of these cases. According to Local Rule 72.02(a) and Federal Rules of Civil Procedure 72(b), Plaintiff has fourteen (14) days after service of the Report to file any written objections with the District Court. Due to the number of cases cited and Plaintiff's status as a *pro se* litigant, Plaintiff respectfully requests a fourteen-day extension for filing her objections and motion for *de novo* determination, from the original due date of August 22, 2018 to September 5, 2018.

Respectfully signed this 19th day of August 2018

Sarah Beth Cain

Plaintiff

8/19/18

(Date)

*Sarah Beth C.*

(Signature)

Sarah Beth Cain

(Printed Name)

500 Dry Valley Rd.
Apt. E306
Cookeville, TN 38506
(615) 485-3459

(Address and Telephone Number)



SarahBeth Cain
500 Dry Valley Rd.
Apt. E306
Cookeville, TN 38506

FILED
AUG 17 2018 DB
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

Nashville Clerk's Office
801 Broadway, Room 800
Nashville, TN 37203