UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| SARAH BETH CAIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 2:17-cv-00055 |
| | ) CHIEF JUDGE CRENSHAW |
| TENNESSEE TECHNOLOGICAL | ) |
| UNIVERSITY, ET AL., | ) |
| | ) |
| Defendants. | |

## ORDER

Plaintiff's Motion for Exemption from PACER Service Fees (Doc. No. 31) is **DENIED** because Plaintiff has not demonstrated why an exemption is needed to avoid any <u>unreasonable</u> burden. That being said, if Plaintiff still wishes to use PACER, she may do so without cost as long as she avoids incurring more than the free maximum usage per quarter. Plaintiff may call the PACER Service Center at (800) 676-6856 for more information. In addition, if Plaintiff registers as an e-filer with the Court's Electronic Case Filing (ECF) system, each time a document is e-filed in this case, Plaintiff will receive a "Notice of Electronic Filing" e-mail, which will allow her to view the document for free one time.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE