UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| SARAH BETH CAIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 2:17-cv-00055 |
| TENNESSEE TECH UNIVERSITY, ET AL., | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Plaintiff's Motion for Extension of Time to File Objections to Magistrate Judge's New Report and Recommendation and Motion for De Novo Determination (Doc. No. 50) is **GRANTED.** Plaintiff shall file her objections on or before **June 28, 2019**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE