UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| SARAH BETH CAIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 2:17-cv-00055 |
| TENNESSEE TECHNOLOGICAL UNIVERSITY, et al., | ) ) ) ) |
| Defendants. | ) ) |

### ORDER

As set forth in the accompanying Memorandum Opinion, Plaintiff's Objections (Doc. No. 52) are **OVERRULED**. The Report and Recommendation (Doc. No. 49) is **ADOPTED IN PART AND SET ASIDE IN PART**. Defendants' Motion to Dismiss (Doc. No. 24) is **GRANTED IN PART**. Cain's federal claims are **DISMISSED WITH PREJUDICE**. The Court declines to exercise supplemental jurisdiction over Cain's state law claims and they are **DISMISSED WITHOUT PREJUDICE**.

The Clerk shall enter a final judgment.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE