# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

Sarah Beth Cain

Plaintiff,

v.                                                  Case No.: 2:17–cv–00055

Tennessee Technological University, et al.

Defendant,

## ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/18/2019 re [56].

Kirk L. Davies<br>
s/ Dalaina Thompson, Deputy Clerk